FILED

05/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0654

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 19-0654

_____

IN RE THE MARRIAGE OF:

TODD DELROY SCHMIDT,

Petitioner/Appellee,

-vs-

AIMEE CATHERINE LAMOREAUX,
f/k/a AIMEE CATHERIN SCHMIDT,

Respondent/Appellant.

_____

ORDER GRANTING APPELLANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

_____

Appealed from the Eleventh Judicial District of the
State of Montana, in and for the County of Flathead

_____

THIS MATTER having come before the Court on Appellant's Unopposed Motion for Extension of Time to File Reply Brief, and good cause appearing therefore, IT IS HEREBY ORDERED that Appellant shall have an additional 30 days, through and including July 3, 2020, to file her Reply Brief.

*Electronically dated and signed below.*

Cc:    Megan Timm, Attorney for Appellant
       Penni Chisolm, Attorney for Appellee

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 28 2020